IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA A. DEVAZIER
EXECUTRIX OF THE ESTATE
OF THOMAS B. DEVAZIER,
DECEASED                                                                                    PLAINTIFF

VS.                               CASE NO.  2:03CV00191 JMM

LOUIS D. HAMRIC, ET AL.                                                        DEFENDANTS

## ORDER

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's complaint against defendant Louis D. Hamric is dismissed without prejudice for failure to serve defendant Louis D. Hamric.

With the dismissal of defendant Hamric, the complaint is dismissed in its entirety based upon an October 19, 2006 stipulation of dismissal with prejudice of defendants Ameriprise Financial Serives, Inc. And Jason Collard.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS   29  day of   November , 2006.

_____
James M. Moody
United States District Court